

# NUMBER 13-22-00061-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SANTOS VALENTIN RAMOS,                                               **Appellant,**

**v.**

TAYLOR LEANN SHAFER,                                             **Appellee.**

## On appeal from the 377th District Court
## of Victoria County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

This cause is before the Court on appellee's third motion for extension of time to file appellee's brief. *See* TEX. R. APP. P. 10.5(b). Appellee's brief was initially due on December 10, 2022. Appellee previously filed motions to extend time to file her brief on December 2, 2022, and January 9, 2023; we granted both motions, and the deadline for filing the brief was extended until February 13, 2023. In the current motion, appellee's

counsel states an additional thirty-day extension is necessary because counsel is handling numerous criminal cases which have required his immediate attention, and because counsel was admitted to the hospital on January 30, 2023, and "has not been released to come back to work."

Having fully examined and considered appellee's motion, the Court is of the opinion that, in the interest of justice, the motion should be granted. Accordingly, we GRANT appellee's third motion of extension of time to file appellee's brief. Appellee's brief shall be filed with the clerk of this Court on or before 5:00 p.m. on Tuesday, March 14, 2023. No further requests for extension of time will be entertained absent extraordinary circumstances.

PER CURIAM

Delivered and filed on the
10th day of February, 2023.